UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HENCK,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE NISSAN LLC, et al<br><br><br>    Defendants. | Case No. 3:24-cv-00220-JAM<br><br><br>March 13, 2024 |

**MOTION TO PROCEED WITH PSEUDONYM**

    At the time of the Complaint (Document 1), I did not have my friend's legal name and wrote her pseudonymously in the Complaint as "Jane Doe." I now have the correct spelling of her legal name which may be shared with the Court. She was witness to the events described in the Complaint and willing to testify at trial.

    I request of the Court to proceed with the pseudonym in the Complaint, at least until trial. Jane Doe is a single mother with a five year old at home. The public attention of the lawsuit could be an unnecessary burden for her family at this point.

    /s/ **_Karl Henck_**

    Karl Henck
    PLAINTIFF