UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARL HENCK,<br><br>Plaintiff,<br><br>v.<br><br>CHASE NISSAN LLC, et al<br><br>Defendants. | Case No. 3:24-cv-00220-JAM<br><br>via E-mail to:<br>Dinah_MiltonKinney@ctd.uscourts.gov<br>via cert. Mail # 9589071052701745747011<br><br>Dinah Milton Kinney, clerk<br>U.S. District Court<br>141 Church St. STE 221<br>New Haven, CT 06510-2030<br><br>December 9, 2024 |

Dear Dinah:

On November 26, 2024 I mailed first draft of this CERTIFICATE and ORDER to "Clerk of Court" in Hartford Connecticut. Now I learn your office is not in Hartford, so, I am attempting delivery again.

## CERTIFICATE OF EXIGENT CIRCUMSTANCES

I am Plaintiff in the above-captioned case and I certify that exigent circumstances make court review impracticable, that a maritime lien is now created by operation of law, and orders the Clerk to issue the summons and process of attachment and garnishment, in rem, of the Defendants' property in any amount up to the Plaintiff's demand.

I have recently learned that a defendant in this case, CHASE NISSAN LLC, has sold its main asset known as "Manchester City Nissan", to Bertera Auto Group[1]. In related case *Federal Trade*

---

1   https://ctpost.com/business/article/bertera-auto-group-manchester-city-nissan-19900453.php

1

*Commission v. Chase Nissan LLC*, No. 3:24-cv-00012, the same Defendants have filed multiple MOTIONs for Extension of Time, objected to Interrogatories, missed deadlines, and in general appear to be operating from a "deny & delay" stance with no intention of settling nor paying. It is quite possible the same Defendants have no liability insurance covering acts of fraud, and have been moving/transferring assets with no intention of cooperating, nor paying damages & penalties in the event they are found liable in either case by this honorable Court. In my case this would leave Plaintiff without a remedy, even with a favorable judgment. Plaintiff believes the maritime assets and/or tangible property (res) of the Defendants are very likely to leave the District. For these and other reasons, pursuant to Rule C of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS Fed. R. Civ. P., I certify that exigent circumstances now exist making court review impracticable.

 Maritime Lien. Liens for penalties and forfeiture are available for violation of State and Federal Statutes, as well as common law. Plaintiff declares that a maritime lien has arisen by operation of law. Specifically, an Injury or Damage Lien has arisen due to Defendants' injury or damage to Plaintiff's property, and the claimant (plaintiff) seeks eventual compensation from the Defendants' property which is within the District. The circumstances from which the claim arises are described in Plaintiff's filed complaint/s.

 When "exigent circumstances" exist, Rule C enables the plaintiff to secure the issuance of the summons and warrant of arrest, subject to a later showing that the necessary circumstances actually existed. In any post-attachment hearing under Rule E(4)(f), Plaintiff is prepared to show that exigent circumstances exist.

## ORDER

 Wherefore, the Clerk of Court, Dinah Milton Kinney, under her duty by oath to *the People* of the State of Connecticut, is ordered to issue a warrant for the arrest/attachment/lien of the Defendants'

property within the District, an action in rem, under Rule C of the SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS, Fed.R.Civ.P. In practice this will operate much like an IRS lien with property held in custody of the court (the law) until judicial hearing (due process of law). A description of the property is: funds in bank or brokerage accounts, exchanges, tangible property including vehicles, boats, and planes in the name or title of the following Defendants:

CHASE NISSAN LLC

MANCHESTER CITY NISSAN

Patrick Dibre

Refaat (Brian) Soboh

Aiham Alkhatib

It is so ordered,

*/s/ Karl Henck*

KARL HENCK
461 Ash Street
Windham, Conn. 06226
978-852-7792
henck@comcast.net

PLAINTIFF
Pro Se





RDC 99

9589 0710 5270 1745 7470 11

06510

$9.68

S2324N507174-02

U.S. POSTAGE PAID
FCM LETTER
WILLIMANTIC, CT 06226
DEC 09, 2024

Retail

Karl Henck
461 Ash St.
Willimantic
Willimantic, CT 06226



X-RAY SCREEN COMPLETED

RETURN RECEIPT REQUESTED

Dinah Milton Kinney
CLERK OF COURT
U.S. District Court
141 Church St. STE 221

New Haven, CT 06510-2030