UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

KARL HENCK,

    Plaintiff,

    v.

CHASE NISSAN LLC, et al

    Defendants.

Case No. 3:24-cv-00220

February 9, 2025

**NOTICE AND DEMAND FOR LAWFUL MONEY**

COMES NOW, Karl Nelson of the family HENCK. Pursuant to §16 of the Federal Reserve Act of 1913 codified at Title 12, United States Code §411, be it known that all transactions (including electronic) to bank and transactional accounts used by me, are demanded redeemed in lawful money. This includes debit transactions made via any U.S. dollar-denominated network I might make use of.

This filing serves as notice that Karl Nelson does not accept Federal Reserve Notes in payment but only in lawful money of the United States of America whether it be in coin or United States Notes. I am not a volunteer signature endorser of the Federal Reserve's private credit. The creation of a private elastic currency in 1913 for national use is one thing, but to pass it off as the default currency – incurring an excise tax on its use – without informing the populace, is a form of servitude. To reduce a man as chattel against the national debt is an affront to God. If I had known of this remedy from the rigors of central banking, I would have redeemed every check in lawful money since I began working. I consider this remedy being kept from me – adults and professionals to teach it to me – a form of fraud; fraud by omission.

TITLE 12 CHAPTER 3 SUBCHAPTER XII § 411

12 U.S. Code § 411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set.forth and for no other purpose, are authorized. The said notes shall be **obligations of the United States** and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. **They shall be redeemed in lawful money on demand** at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[emphasis added]

The law is clear – one must make demand for lawful money clear to the Treasury of the United States. No contractual obligations shall be construed to act in any way to eliminate or diminish any provision contained in this Notice and Demand.  This Notice and Demand is now active and on the record and is within the exclusive original cognizance of the United States under the Saving to Suitors clause of the Judiciary Act of 1789, Chapter 20, page 77.  Notice to Agent is notice to principal. Notice to Principal is notice to agent.

By:

case filing fee paid in

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

_____

KARL HENCK
461 Ash Street
Windham, Connecticut 06226
978-852-7792
henck@comcast.net
PLAINTIFF
Pro Se

## Certificate of Mailing
Upon PACER Publication

US Treasury - Scott Kenneth Homer BRESSENT        Certified Mail # 70223330000037234928
US Governor for the International Monetary Fund        Return Receipt: 9590940284633186959277
1500 Pennsylvania Avenue NW
Washington, District of Columbia 20220


Internal Revenue Service        Certified Mail # 9589071052701621201606
1973 N Rulon White Blvd        Return Receipt: 9590940213975329450466
Ogden, Utah 84404