| | |
|---|---|
| HENCK | } |
| | } |
| v. | }   Case # 3:24-cv-00220 |
| | } |
| CHASE NISSAN LLC | } |

## REFUSAL FOR CAUSE

**Karl Nelson, Petitioner**
**461 Ash Street**
**Windham, Conn.   [06226]**

United States District Court                                   by e-File
for the District of Connecticut
141 Church St. STE 221
New Haven, Conn.   [06510]

Clerk:

Please file & docket this refusal for cause into Article III case **3:24-cv-00220**. These are evidence if this presenter, MASSACHUSETTS DEPT OF REVENUE, claims I have obligations to perform or continues to make false claims against me in the future.   Demand is made for lawful money pursuant to 12 USC 411. KARL HENCK is non-contracting with the Commonwealth of Massachusetts. A copy of this instruction has been sent with the original refusal for cause back to the presenter within a few days of presentment.

The clerk of court is obligated to file related Refusals for Cause pursuant to the 'saving to suitors' clause of the 1789 Judiciary Act. …*saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have* **exclusive original cognizance of all seizures on land**…

### Certificate of Mailing

My signature below expresses that the original presentments, refused for cause in red ink and a copy of this clerk instruction, has been mailed back to the presenter within a few days of presentment.

_Karl Nelson_
Karl Nelson

2/20/2025

Massachusetts Dept of Revenue
P.O. Box 7089
Boston, Mass.
        [02241]

case filing fee paid in
**Redeemed Lawful Money**
**Pursuant to 12 USC §411**
**www.law.cornell.edu/uscode/**

Page 1 of 3



Commonwealth of Massachusetts
Department of Revenue
Geoffrey E. Snyder, Commissioner

Letter ID: L1902609472
Notice Date: February 13, 2025
MA Taxpayer ID: [redacted]

mass.gov/dor

# NOTICE TO COLLECT A TAX DEBT



KARL N HENCK
461 ASH ST
WILLIMANTIC CT 06226-1429

### Why did I receive this notice?

You haven't paid your outstanding tax liability of $437.15, including applicable interest and penalties through February 13, 2025. Your liabilities remain collectible.

### What should I do?

- **Submit payment in full to avoid additional interest and penalty charges.** Go to mass.gov/masstaxconnect to pay from your bank account or with a credit card. You can pay in full or request a payment agreement. Or, pay by mail using the voucher included with this notice. For the most up-to-date balance, go to mass.gov/masstaxconnect.

- **Amend your return or request an abatement online at mass.gov/masstaxconnect.** You may amend your tax return if you believe this assessment is the result of an incorrect line item(s) on your return. You may request an abatement if you disagree with an audit or other DOR assessment or would like to request an abatement of penalty.

### Balance Summary

|  | Tax | Penalties | Interest | Other | Total |
|---|---|---|---|---|---|
| Totals from this assessment | $4,115.33 | $2,063.16 | $1,150.02 | $194.00 | $7,522.51 |
| Payments/credits/offsets to date |  |  |  |  | ($7,085.36) |
| Current balance |  |  |  |  | $437.15 |

*[Handwritten in red across page: "Refusal for Cause"]*



### What happens if I don't respond?

If you don't pay by February 23, 2025, we may proceed with collection actions including:

- Taking (levying) money you have in the bank or from your paycheck
- Taking (intercepting) refunds or other government payments owed to you
- Sending your debt to a collection agency
- Placing a tax lien on your property (Note: A tax lien may affect your ability to obtain credit or loans in the future. If you sell your home with a lien, money is taken from the sale to pay your balance due).

### What if I have questions?

For any questions about your account, visit mass.gov/masstaxconnect. If you have further questions, call us at (617) 887-6367 or toll-free in Massachusetts at (800) 392-6089, Monday through Friday, 9:00 a.m. to 4:00 p.m.

### Visit us online!

Visit mass.gov/dor to learn more about Massachusetts tax laws and DOR policies and procedures, including your Taxpayer Bill of Rights, and MassTaxConnect for easy access to your account:

- Review or update your account
- Contact us using e-message
- Sign up for e-billing to save paper
- Make payments or set up autopay

### Details of what you owe

**Personal Income Tax**  PIT-13659614-002

| Period End Date | Assessment Date | * | Tax Liability + | Penalty + | Interest + | Other Liability + | Credits = | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | 11/07/2015 | 8 | $3,920.33 | $1,990.16 | $1,018.50 | $22.00 | ($6,903.28) | $47.71 |
| 12/31/2017 | 11/16/2021 | 2 | $195.00 | $73.00 | $131.52 | $172.00 | ($182.08) | $389.44 |
| | | | | | | | | $437.15 |
| | | | | | | | Amount Due Total: | $437.15 |

\* 2 = This assessment is a result of an audit.
  8 = This assessment is a result of an estimated return filed on your behalf by DOR.

**Total Amount Due** $437.15

*(Handwritten across page in red: "Refused for cause")*